IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:11MJ1013-1 |
| | : | |
| v. | : | |
| | : | MOTION BY UNITED STATES |
| COREY GALLISDORFER | : | FOR A DETENTION HEARING |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and respectfully moves this Court to hold a detention hearing in the above-captioned case, and in support thereof states to the Court the following:

The defendant is charged in the above-captioned case in the Northern District of Georgia with sexual exploitation of children, in violation of Title 18, United States Code, Section 2251(a).

The case in which the above-captioned defendant stands accused involves:

    _____    a.  a crime of violence, a violation of Title 18, United States Code Section 1591, or an offense listed in Title 18, United States Code Section 2332b(g)(5)(B) for which a maximum term of imprisonment of ten years or more is prescribed;

    _____    b.  an offense for which the maximum sentence is life or death;

    _____    c.  an offense for which a maximum term of imprisonment of ten years or more is

prescribed in the Controlled Substances Act, Title 21, United States Code, Section 801, _et seq._, the Controlled Substances Import and Export Act, Title 21, United States Code, Section 951, _et seq._, or the Maritime Drug Law Enforcement Act, Title 46, United States Code, Appendix 1901, et _seq._; or

    \_\_\_\_\_    d.    any felony committed after the defendant has been convicted of two or more prior offenses described in (a) through (c) above, or two or more state or local offenses described in (a) through (c) above if circumstances giving rise to federal jurisdiction had existed, or a combination of such offenses; or

    \_X\_    e.    any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device, or any other dangerous weapon, or involves a failure to register under Title 18, United States Code Section 2250.

The nature and circumstances of the instant federal offense, the above-captioned defendant's arrest, and/or the above-captioned defendant's criminal record indicate the existence of:

    \_\_\_\_\_    a.    a serious risk that the defendant will flee;

    \_X\_    b.    a serious risk that the defendant will

2

>             endanger the safety of any other person or the
>             community; or
>
> ____    c.  a serious risk that the defendant will
>             obstruct or attempt to obstruct justice, or
>             threaten, injure, or intimidate or attempt to
>             threaten, injure, or intimidate a prospective
>             witness or juror.

WHEREFORE, the United States respectfully requests that the Court hold a detention hearing in the above-captioned case and that it continue the detention hearing for a reasonable period of time from the date of the defendant's first appearance before a judicial officer to allow the United States to prepare.

This the 4th day of May, 2011.

>                               Respectfully submitted,
>
>                               RIPLEY RAND
>                               United States Attorney
>
>
>                               /S/ ANAND P. RAMASWAMY
>                               Assistant United States Attorney
>                               NCSB #24991
>                               United States Attorney's Office
>                               Middle District of North Carolina
>                               P.O. Box 1858
>                               Greensboro, NC  27402
>                               Phone:  336/333-5351

3