# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:11MJ1013-1 |
| COREY GALLISDORFER | ) | |
| | ) | |
| *Defendant* | ) | |

*FILED MAY - 4 2011 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By___*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>323 East Chapel Hill Street<br>Durham, NC 27701 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 5/13/11 10:30 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/04/2011

*Judge's signature*

United States Magistrate Judge Wallace W. Dixon
*Printed name and title*