IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED MAY 16 2011

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:11 MJ 1013-1
)
Corey Gallisdorfer )

## WAIVER OF PRELIMINARY HEARING

I, the undersigned, having been informed by counsel of the nature of the criminal complaint now pending against me, and having been advised of my right to a preliminary hearing before a United States Magistrate Judge, after considering the evidence and the likely result of such hearings, hereby waive my right to said hearings and agree to be held without bond.

_____  _____
Attorney for the Defendant   Signature of Defendant

Date: May 13, 2011